Gerrick M. Warrington (State Bar No. 294890)
gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff ZIONS
BANCORPORATION, N.A. dba California
Bank & Trust

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>    Debtor.<br><br>ZIONS BANCORPORATION, N.A., dba California Bank & Trust,<br><br>    Plaintiff,<br><br>    v.<br><br>EVANDER FRANK KANE,<br><br>    Defendant. | Case No. 21-50028<br><br>Chapter 7<br><br>Adversary Proceeding No. 21-05056<br><br>**REQUEST FOR COURTESY NOTICES OF ELECTRONIC FILING** |

**TO THE CLERK AND PARTIES IN INTEREST:**

The undersigned, on behalf of Plaintiff Zions Bancorporation, N.A., hereby requests to receive notices of electronic filing in this matter.

DATED: December 9, 2021            FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                   GERRICK M. WARRINGTON


By:   /s/ Gerrington M. Warrington
      GERRICK M. WARRINGTON
      Attorneys for Plaintiff ZIONS
      BANCORPORATION, N.A. dba California
      Bank & Trust

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000