1  Stephen D. Finestone (125675)
   Ryan A. Witthans (301432)
2  FINESTONE HAYES LLP
   456 Montgomery Street, Floor 20
3  San Francisco, CA 94104
   Tel.:   (415) 421-2624
4  Fax:   (415) 398-2820
   Email: sfinestone@fhlawllp.com
5  Email: rwitthans@fhlawllp.com

6  Attorneys for Evander Frank Kane,
   Debtor and Defendant

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  | In re | Case No. 21-50028-SLJ |
12  | | Chapter 7 |
    | EVANDER FRANK KANE, | |
13  | | |
    | Debtor. | |
14  | | |
    | ZIONS BANCORPORATION, N.A., *dba* | Adv. Proc. No. 21-5056 |
15  | California Bank & Trust, | |
16  | | **REQUEST FOR NOTICE** |
    | Plaintiff, | |
17  | | |
    | v. | |
18  | | |
    | EVANDER FRANK KANE, | |
19  | | |
    | Debtor and Defendant. | |
20  | | |

21

22      **PLEASE TAKE NOTICE** that the undersigned counsel hereby requests notices of

23  electronic filing in this matter.

24   Dated December 21, 2021             FINESTONE HAYES LLP

25

                                        */s/ Ryan A. Witthans*
26                                      Ryan A. Witthans
                                        Attorneys for Evander Frank Kane,
27                                      Debtor and Defendant

28

REQUEST FOR NOTICE                                                          1