Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:   (415) 421-2624
Fax:    (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Evander Frank Kane,
Debtor and Defendant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7 |
| ZIONS BANCORPORATION, N.A., *doing business as* California Bank & Trust,<br><br>Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. Proc. No. 21-5056<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Zions Bancorporation ("Zions") and defendant Evander Frank Kane ("Kane," and together with Zions, the "Parties"), by and through their respective counsel of record, enter into the following stipulation (the "Stipulation") with respect to this adversary proceeding.

**I.   RECITALS**

A.   Zions filed this adversary proceeding on December 9, 2021.

B.   Kane's response to the complaint is currently due on January 10, 2022.

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT                                                                1

C. The Parties desire that the time for Kane to respond to the complaint in this adversary proceeding be extended to January 20, 2022.

## II. STIPULATION

The Parties stipulate as follows:

1. The time for Kane to respond to the complaint in this adversary proceeding is extended to January 20, 2022.
2. This Stipulation is made without prejudice to the Parties entering into a further extension of time.
3. The Parties request that the Court enter an order approving this Stipulation.

Dated January 4, 2022        FINESTONE HAYES LLP

　　　　　　　　　　　　　　　　　　　/s/ Stephen D. Finestone
　　　　　　　　　　　　　　　　　　　Stephen D. Finestone
　　　　　　　　　　　　　　　　　　　Attorneys for Evander Frank Kane

Dated January 4, 2022        FRANDZEL ROBINS BLOOM & CSATO, L.C.

　　　　　　　　　　　　　　　　　　　/s/ Michael Fletcher
　　　　　　　　　　　　　　　　　　　Michael Fletcher
　　　　　　　　　　　　　　　　　　　Attorneys for Zions Bancorporation, N.A.