Stephen D. Finestone (125675)
Ryan A. Witthans (301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Evander Frank Kane,
Debtor and Defendant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 21-50028-SLJ<br>Chapter 7 |
| ZIONS BANCORPORATION, N.A., *dba* California Bank & Trust,<br><br>Plaintiff,<br><br>v.<br><br>EVANDER FRANK KANE,<br><br>Defendant. | Adv. Proc. No. 21-5056<br><br>**JOINT DISCOVERY PLAN**<br><br>Scheduling Conference:<br>Date: February 17, 2022<br>Time: 1:30 p.m. Pacific Prevailing Time<br>Place Tele/videoconference<br><br>*Please check www.canb.uscourts.gov for information regarding the Court's operations due to the COVID-19 pandemic.* |

Plaintiff Zions Bancorporation, N.A. ("Zions") and defendant Evander Frank Kane ("Kane") hereby file their joint discovery plan pursuant to the Court's *Order re Initial Disclosures and Discovery Conference*. ECF 2. In support thereof, the parties state as follows:

4506318V1 | 031205-0132  JOINT DISCOVERY PLAN      1

1. The parties held a telephonic discovery conference on January 26, 2022, at which they discussed (1) the nature and basis of their claims and defenses, (2) the potential for settlement, (3) anticipated discovery in this matter, and (4) the proposed schedule.

2. Based on the parties' discussion to date and the fact that this matter is an objection to discharge pursuant to § 727, they do not believe that there is any present opportunity for settlement of this matter.

3. The parties agree to exchange initial disclosures on or before February 11, 2022.

4. The parties believe that the factual and legal issues presented in this action do not parallel or overlap with the § 727 claims asserted by Hope Parker or Centennial Bank in their respective adversary proceedings against Kane. *See* Adv. Proc. Nos. 21-5008 and 21-5056. As such, the parties believe that this matter should proceed and be tried on a separate track from those adversary proceedings. Zions believes the Parker and Centennial 727 actions should be tried before its 727 action, given that such sequencing may result in Zions' action becoming moot. Kane does not agree with this approach as he believes it is inefficient and that he is entitled to have these matters resolved.

5. Kane believes that 5 months is sufficient for fact discovery. Zions believes that at least 9 months is required, given the high likelihood of objections by Pachulski Stang and others and the potential law and motion practice which may result from Zions' seeking discovery of potentially privileged documents, including communications and emails between and among Kane and his prepetition attorneys and financial advisors as well as Kane's spouse concerning the allegations and facts set forth in the Complaint, and potential cross-border discovery in Canada.

6. Kane proposes 45 days, and Zions proposes 90–120 days, between expert witness discovery cutoff and the trial date to allow sufficient time for summary judgment motions (or other dispositive motions) to be heard after the completion of expert discovery and prior to 30 days before the trial date.

7. With these considerations in mind, and applying the Court's standard trial scheduling order, the parties propose the following schedule:

| Description | Date |
|---|---|
| Fact discovery cut off | **Kane: July 1, 2022** <br> **Zions: November 1, 2022** |
| Expert witness disclosure date | **Kane: July 14, 2022** <br> **Zions: November 18, 2022** |
| Expert witness discovery cut off | **Kane: July 28, 2022** <br> **Zions: December 1, 2022** |
| Last day to hear discovery motions | **Kane: Same day as discovery cut off** <br> **Zions: 60 days after discovery cut off** |
| Last day to hear summary judgment motions | **Kane: 30 days before trial** <br> **Zions: 60–90 days before trial** |
| Parties' pretrial meet and confer | 7 days before joint pretrial conference statement due |
| Exchange witness lists and exhibits | 7 days before joint pretrial conference statement due |
| File joint pretrial conference statement | 7 days before pretrial conference |
| Pretrial conference date and time | To be set by the Court |
| Lodge exhibits with Court | 7 days before trial |
| Lodge witness lists with Court | 7 days before trial |
| File and serve trial briefs | 7 days before trial |
| Trial date | **Kane: Mid-September 2022** <br> **Zions: Mid-April 2023** |
| Trial duration | **1–2 days** |

8. Currently, the parties do not request entry of any orders under Federal Rules of Bankruptcy Procedure 7016 or 7026.

Dated February 10, 2022                FRANDZEL ROBINS BLOOM & CSATO, L.C.

 /s/ Michael Gerard Fletcher 
Michael Gerard Fletcher
Attorneys for Zions Bancorporation, N.A.

Dated February 10, 2022                FINESTONE HAYES LLP

 /s/ Ryan A. Witthans 
Ryan A. Witthans
Attorneys for Evander Frank Kane